**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRADLEY WASHAM**                                                                                   **PLAINTIFF**

**v.**                                      **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                                              **DEFENDANT**

## ORDER

The Court will conduct a telephone hearing on Friday, May 15, 2020, at 1:30 p.m. to discuss scheduling matters in this case.

It is so ordered this 15th day of May, 2020.

_____
Kristine G. Baker
United States District Judge