**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BRADLEY WASHAM**                                                                                       **PLAINTIFF**

**v.**                                            **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                                                    **DEFENDANT**

**ORDER**

Before the Court is plaintiff Bradley Washam's motion to substitute counsel (Dkt. No. 31). Mr. Washam represents that Stanislav Levchinsky withdraws his appearance and requests that Mr. Levchinsky be removed from this matter. Mr. Washam requests that this Court substitute Celia Kate Douglas for Stanislav Levchinsky as attorney of record for Mr. Washam (*Id.*). The Court admitted Ms. Douglas as counsel for Mr. Washam on March 27, 2020 (Dkt. No. 23). For good cause shown, the Court grants the motion (Dkt. No. 31). The Court directs the Clerk to terminate Mr. Levchinsky as counsel of record for Mr. Washam. Mr. Washam will continue to be represented by Ms. Douglas and Nelson Gregory Wolff.

It is so ordered this 15th day of May, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge