**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BRADLEY WASHAM**                                                                       **PLAINTIFF**

**v.**                                   **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                                          **DEFENDANT**

## <u>ORDER</u>

The Court conducted a telephone hearing on Friday, May 15, 2020, to discuss scheduling matters in this case.  During the hearing, defendant BNSF Railway Company ("BNSF") represented that it intends to admit the breach of duty element in this cause of action.  In the light of the particular circumstances of this case, the Court directs BNSF to file in writing its admission, setting forth its specific terms, on or before Friday, May 22, 2020.  The Court directs counsel to then meet and confer regarding scheduling and discovery matters in this case.  After that conference, the Court directs the parties to file a joint status report, or separate status reports if necessary, by Friday, May 29, 2020, informing the Court as to issues that remain in dispute for the Court's resolution and the anticipated scope of discovery.

The Federal Rule of Civil Procedure 30(b) deposition of a BNSF representative noticed by plaintiff need not proceed as scheduled at this time, given the outstanding discovery disputes (Dkt. No. 33-14, at 6-10).  Further, given the status of the case, the Court defers to plaintiff's counsel as to whether to proceed with plaintiff's deposition currently noticed for May 21, 2020 (Dkt. No. 30).  The Court directs plaintiff's counsel to inform defendant by noon Monday, May 18, 2020, whether plaintiff will be available for deposition as scheduled.  At this time, the Court suspends the deadline for expert disclosures and reports (Dkt. No. 15).

The Court holds BNSF's motion to extend time and motion for protective order under advisement (Dkt. Nos. 28, 33).

It is so ordered this 15th day of May, 2020.

Kristine G. Baker
United States District Judge