IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                                                          **PLAINTIFF**

v.                          **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                                                        **DEFENDANT**

## NOTICE OF HEARING

The Court will hold a hearing regarding the October 19, 2020, jury trial setting in this matter with the parties *via* telephone on Tuesday, August 11, 2020, at 10:30 a.m. C.T. The call-in information will be provided by the Court to individual participants.

So ordered this the 6th day of August, 2020.

_____
Kristine G. Baker
United States District Judge