Cleveland Clinic

Volume 10 Number 5
May 2011

# ARTHRITIS advisor

*Advice and information from a world leader in bone and joint care*

## IN THIS ISSUE

**In The News**
- Rotator cuff healing continues after arthroscopy.
- Spinal Botox injection may reduce pain.
- Bone-loss drugs may reduce colon cancer risk.
- Knee replacements more time-consuming in overweight patients.

Page 2

**Nutrition**
Diet and fibromyalgia: A moving target.
Page 3

**Frontiers**
New ways to ankle repair.
Page 4

**This Just In**
RA therapies may reduce dementia risk.
Page 5

**Pain Management**
Don't let that pain in your neck get you down.
Page 6

**Prevention**
Four ways to build rotator-cuff strength, relieve frozen-shoulder pain.
Page 7

**Ask the Doctors**
Answers to your questions about drug combinations, antidepressants as pain relievers, when good drugs go bad.
Page 8

# Herniated Disk? Patience Trumps Surgery

*A Cleveland Clinic expert explains why the vast majority of disk herniations get better on their own.*

As we get older, the likelihood of back pain related to disk problems increases. And while a herniated disk sounds especially troubling and painful, the encouraging news is that the problem usually can be addressed without surgery. "About 80 percent of disk herniations will get better on their own within three months, no matter what you do," says R. Douglas Orr, MD, Cleveland Clinic Center for Spine Health.

Moreover, in many cases, a herniated disk causes no symptoms at all. "If you do a magnetic resonance imaging (MRI) scan of 100 people who have never had any back symptoms in their life, the chances of somebody having a herniated or significant disk problem is roughly equal to their age: 20 percent of 20 year olds, 50 percent of 50 year olds—and by the time you're 80, just about 100 percent of your peers have either disk degeneration or herniations," Dr. Orr says.

*A herniated disk causes pain when the soft inner cushion pushes through the fibrous ring and presses on an adjacent nerve.*

normal phenomenon of aging and in and of itself is not a problem," Dr. Orr says. A bulging disk generally does not cause symptoms, and even a herniated disk is often symptomless unless it impinges on a nerve.

### When it hurts

If you do feel pain from a disk herniation, it's unlikely to center in the back, Dr. Orr notes. "The classic pain from a herniated disk is pain radiating in the distribution of the adjacent nerve root. When people talk about sciatica, for example, they're talking about pain radiating in the distribution of the sciatic nerve, going down the back of the leg to the foot," he explains. "If a herniated disk impinges on a nerve higher up in the back, the pain might actually be felt in the front of the thigh. Herniated thoracic disks can cause abdominal wall or chest wall pain, whereas cervical herniated disks cause arm pain."

A doctor generally diagnoses a herniated disk as a source of pain by performing a physical examination to determine where the pain originates, and a history—e.g., did you twist suddenly, or lift something heavy, or just wake up in the morning with pain?

### What it is

Contrary to popular belief, a herniated disk is not the same as a bulging disk. A herniated disk occurs when there's a tear in the tough fibrous ring part of the disk, and a piece of the soft inner cushion of the disk pushes out and presses on an adjacent nerve.

"A bulging disk is like having low air in your tire. You've lost some of the cushion in the middle so the disk collapses, causing the fibrous ring to bulge out. A bulging disk is a

### Listen to Voltaire

"The philosopher Voltaire had a famous quote that says, 'Medicine is the art of
*Continued on page 7*

Case 3:19-cv-00231-KGB   Document 118-5   Filed 09/10/20   Page 2 of 2

PAIN MANAGEMENT

### Herniated Disk
*continued from page 1*

amusing the patient while nature cures the disease.' And most of what we do to treat a herniated disk is part of amusing the patient—that is, treating symptoms while the body heals," Dr. Orr acknowledges. "It's better to move than rest, so some form of physical activity is helpful, along with anti-inflammatory medicines and, at times, narcotic pain relievers." If the pain continues, "in some cases we'll use anticonvulsants such as gabapentin or pregabalin. Occasionally, we'll try oral or injected steroids."

The important thing to remember "is that nothing bad will happen if you wait. You're not going to suffer permanent nerve damage by giving the body a chance to heal on its own," Dr. Orr stresses.

"Many people are afraid their condition will worsen over time, but that won't happen just from waiting."

> **What You Should Know**
> - **Fifty** to 75 percent of individuals in the U.S. experience back problems.
> - **Approximately** 3.4 million emergency room visits—an average of 9,400 per day—are specifically for back problems.
> - **Adults** age 65 to 84 years have the highest rates of hospitalization for back pain.
> - **Women** are more likely than men to need emergency care or be hospitalized for back pain.
> - **Overall** costs for inpatient stays for back problems are over $9.5 billion.

#### Surgery a last resort

"At the three-month mark, if you are still symptomatic, then surgery is a reasonable option," Dr. Orr says. The standard procedure is a microdiscectomy, during which the surgeon removes the herniated disk material that's pressing on a nerve. There are now minimally invasive ways of performing a microdiscectomy, in which the incision is smaller than in a traditional microdiscectomy. "These approaches seem to allow a somewhat quicker recovery, but studies have shown that by three months after surgery, there's little difference among the procedures."

A microdiscectomy can be performed as an outpatient procedure. For the first four weeks after surgery, you'll need to avoid repetitive bending or twisting, and avoid lifting anything heavier than 10 pounds. In the following weeks, you'll gradually increase your activities, so by three months, "you should be able to do anything you want, including golf, tennis, running, and jogging," Dr. Orr says.

#### Visit Arthritis-Advisor.com

It's the newest destination for timely arthritis health news and how to use it. Register—for free— and get:
- An electronic version each month before your printed issue arrives.
- Access to a searchable list of previously published articles.
- Self-help customer service. Go to http://www.Arthritis-Advisor.com, and click on "Get Web Access Now" to discover a bonus of good health information from your *Arthritis Advisor* subscription.

### PREVENTION

## Four Ways to Build Rotator-Cuff Strength, Relieve Frozen-Shoulder Pain

**Rotator-Cuff Strengtheners**



Attach a resistance cord to a door knob. Bend your arm at the elbow and, gripping the cord handle, slowly rotate your arm in toward your chest. Hold the position for five seconds; then release the tension slowly. Repeat 10 times.



With your elbow bent, grip the cord handle and rotate your arm and hand away from your body, keeping your elbow at your side. Rotate your arm only a small amount; then release the tension slowly. Repeat 10 times.

**Frozen-Shoulder Stretchers**



Reach behind your back and grab the wrist of your stiff arm with your other hand. Using the power of your healthy arm, push up your stiff arm as far as you can. Do twice daily.



Stand in a doorway. Using your healthy arm, lift and place your stiff arm on the door frame, so that your upper arms are parallel to the floor. Gradually lean forward, inside the doorway, and hold the position for five seconds. Do twice daily.

*Alayna Paquette Illustrations*