IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                                               **PLAINTIFF**

**v.**                                     **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                                            **DEFENDANT**

## NOTICE OF HEARING

The Court will hold a hearing regarding the October 19, 2020, trial setting in this matter with the parties *via* telephone on Monday, September 21, 2020, at 1:30 p.m. C.T. The call-in information will be provided by the Court to the parties.

It is so ordered this 18th day of September, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge