IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                                **PLAINTIFF**

**v.**                      **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                        **DEFENDANT**

## ORDER

      Before the Court is the status of this case. This case is currently set for jury trial on October 19, 2020 (Dkt. No. 15). The Court, on its own motion, removes this case from the October 19, 2020, trial calendar and stays all pending pre-trial deadlines. The Court will set a new trial date and enter a new scheduling order by separate Order.

      It is so ordered this 7th day of October, 2020.

                                                                        _____
                                                                        Kristine G. Baker
                                                                        United States District Judge