IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                             **PLAINTIFF**

v.                            **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                 **DEFENDANT**

## ORDER

Before the Court is defendant BNSF Railway Company's ("BNSF") motion to file pretrial disclosure sheet under seal (Dkt. No. 135). Under Local Rule 26.2 of the *Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas*, a party must file a Pretrial Disclosure Sheet which includes the names, addresses, and telephone numbers of witnesses for the party. Local Rule 26.2(12). On September 16, 2020, chambers informed counsel for all parties *via* informal communication that they may file a joint motion or separate motions for leave to file personal information contained in the Pretrial Disclosure Sheets under seal. BNSF filed such a motion, seeking to file its Pretrial Disclosure Sheet under seal "given the potential for misuse of the information by parties unknown" (Dkt. No. 135, at 1). Plaintiff Bradley Washam opposes this motion, arguing that BNSF's motion is unsupported by any citation to rule or applicable case law, that the information BNSF seeks to protect is not personal identifying information, and that BNSF has not demonstrated good cause (Dkt. No. 136). In reply, BNSF refers to chambers' aforementioned correspondence and argues that Federal Rule of Civil Procedure 5.2(d) allows district courts to order that a filing be made under seal without redaction (Dkt. No. 141).

Under Rule 5.2(d), the Court "may order that a filing be made under seal without redaction" and "order the person who made the filing to file a redacted version for the public record." Fed. R. Civ. P. 5.2(d). Accordingly, the Court grants BNSF's motion to file pretrial disclosure sheet

under seal (Dkt. No. 135).  BNSF is directed to file its Pretrial Disclosure Sheet under seal with the names, addresses, and phone numbers of witnesses listed.  BNSF is further directed to file a public copy of its Pretrial Disclosure Sheet that lists the names of witnesses and redacts their addresses and phone numbers.

    It is so ordered this 2nd day of April, 2021.

                                                              _____
                                                              Kristine G. Baker
                                                              United States District Judge