**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRADLEY WASHAM**                                                    **PLAINTIFF**

**v.**                          **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                    **DEFENDANT**

**ORDER**

On February 26, 2021, Chief Judge D.P. Marshall Jr. issued Administrative Order Eleven–
Court Operations During COVID-19 Pandemic ("Administrative Order Eleven"), canceling all
civil jury trials scheduled through May 21, 2021.[1]  This case is currently set for jury trial on
May 17, 2021 (Dkt. No. 172).  Accordingly, the Court, adopts as its own Judge Marshall's findings
set forth in Administrative Order Eleven, and on its own motion, the Court removes this case from
the May 17, 2021, trial calendar.

The Court also on its own motion hereby extends all unexpired pretrial deadlines set forth
in the Court's currently in-effect final scheduling order (Dkt. No. 172).

The Court will reset this matter for trial by separate order and will issue an amended final
scheduling order that resets all unexpired pretrial deadlines.[2]

Dated this 26th day of April, 2021.

_Kristine G. Baker_
_____
Kristine G. Baker
United States District Judge

---

[1] Administrative Order Eleven is publicly accessible at:
https://www.are.uscourts.gov/sites/are/files/AO11.pdf

[2] Administrative Order Eleven specifically states that for good cause, and after consultation
with the parties, the presiding Judge may reinstate to the docket any civil trial setting between
March 23, 2021, and May 21, 2021.  Any party who wishes to reinstate the May 17, 2021, civil
trial setting in this case must file a motion within seven days of the entry of this Order setting forth
the reasons that support such a request.