IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                                                                **PLAINTIFF**

v.                                    Case No. 3:19-cv-00231 KGB

**BNSF RAILWAY COMPANY**                                                              **DEFENDANT**

## ORDER

Before the Court is a motion for leave to withdraw Celia Kate Douglas as counsel filed by plaintiff Bradley Washam (Dkt. No. 175). Mr. Washam represents that Ms. Douglas is no longer associated with Schlichter, Bogard & Denton, LLP, as of February 13, 2021, and that Mr. Washam continues to be represented by Nelson G. Wolff of Schlichter, Bogard & Denton, LLP (*Id.*, ¶¶ 1–2). For good cause shown, the Court grants the motion (Dkt. No. 175). The Court directs the Clerk of Court to terminate Ms. Douglas as counsel of record for Mr. Washam.

Also before the Court is the application of attorney Jonathan S. Jones for admission *pro hac vice* filed by Mr. Washam (Dkt. No. 188). Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court grants the motion to admit Mr. Jones *pro hac vice* (Dkt. No. 188). Local Rule 83.5(d). Mr. Jones shall appear as counsel for Mr. Washam.

It is so ordered this 23rd day of June, 2021.

                                                                  Kristine G. Baker
                                                                   United States District Judge