# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRADLEY WASHAM**                                                                                  **PLAINTIFF**

v.                                    **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                                                **DEFENDANT**

## ORDER

Defendant BNSF Railway Company requests that certain individuals be permitted to bring technology into the courtroom (Dkt. Nos. 113; 143).  BNSF Railway Company requests permission for the following individuals:  (1) Chad Knight, attorney; (2) Charlotte Johnston, attorney; (3) S. Camille Reifers, attorney; (4) Brooks E. Kostakis, attorney; (5) Angela Holtz, paralegal; (6) Wendy Grinder, paralegal; and (7) Scott Aaron, electronic technician (Dkt. No. 143).

Plaintiff Bradley Washam also requests that certain individuals be permitted to bring technology into the courtroom (Dkt. No. 144).  Mr. Washam requests permission for the following individuals: (1) Nelson Wolff, attorney; (2) Celia Kate Douglas, attorney; (3) Jon Jones, attorney; (4) Jessica Bradford, paralegal; and (5) John Gore, electronics technician (Dkt. No. 144).

For good cause shown, the Court grants the requests (Dkt. Nos. 113; 143; 144).  The aforementioned individuals are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse in Jonesboro, Arkansas, for hearings and trial in this matter, and continuing each day thereafter until the hearings and trial concludes, subject to the following rules:

(a)   The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)   Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

It is so ordered this 27th day of September, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge