IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                                                    **PLAINTIFF**

v.                                      **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                                              **DEFENDANT**

## ORDER

Before the Court is defendant BNSF Railway Company's combined motion and memorandum for discovery conference (Dkt. No. 131). Plaintiff Bradley Washam responded (Dkt. No. 142). The Court has reviewed the parties' filings, and the discovery issues raised by BNSF Railway Company appear to have been resolved. Therefore, the Court denies as moot the motion (Dkt. No. 131). If there are outstanding discovery issues that remain, the parties may inform the Court in a separate filing.

It is so ordered this 27th day of September, 2021.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge