IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                                                              **PLAINTIFF**

v.                                              Case No. 3:19-cv-00231 KGB

**BNSF RAILWAY COMPANY**                                                                          **DEFENDANT**

**ORDER**

Before the Court is defendant BNSF Railway Company's motion for leave to take supplemental deposition of plaintiff Bradley Washam (Dkt. No. 199). Mr. Washam represents that the parties have now reached an agreement on limiting terms of a supplemental deposition (Dkt. No. 207). Mr. Washam represents the scope of that agreement as follows: the deposition shall be conducted via zoom by both parties on October 21, 2021; the deposition shall not exceed two hours; and the scope of the deposition shall be limited to events occurring since the date of plaintiff's first deposition (*Id.*, ¶¶ 1–3). Accordingly, the Court denies as moot BNSF's motion for leave to take supplemental deposition (Dkt. No. 199).

It is so ordered this 8th day of October, 2021.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge