## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRADLEY WASHAM**                                                                            **PLAINTIFF**

**v.**                            **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                      **DEFENDANT**

## ORDER

Before the Court is the status of plaintiff Bradley Washam's combined *in limine* motion and memorandum in support (Dkt. No. 150). On September 28, 2021, this Court entered an order directing defendant BNSF Railway Company ("BNSF") to file a response to Mr. Washam's motion *in limine* by October 12, 2021 (Dkt. No. 205). To the extent Mr. Washam wishes to file a reply to BNSF's response, the Court directs him to do so by October 19, 2021. The Court will consider Mr. Washam's combined *in limine* motion and memorandum in support (Dkt. No. 150) ripe for its review at that time.

Also before the Court is Mr. Washam's request to compel BNSF to supplement its discovery responses. Specifically, counsel for Mr. Washam has indicated to the Court that BNSF has failed to produce updated information on cohort wages and range of benefits for the most current period. Counsel for Mr. Washam represents that this updated information is necessary in order to for its expert witness, Dr. Summary, to update her calculations of economic losses.

Accordingly, pursuant to Federal Rule of Civil Procedure 26(e), the Court orders BNSF to produce the updated information on cohort wages and fringe benefits for the most current period no later than October 20, 2021. Mr. Washam is directed produce Dr. Summary's revised damage calculations by October 27, 2021.

It is so ordered this 15th day of October, 2021.

_____
Kristine G. Baker
United States District Judge