# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRADLEY WASHAM**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                                                **DEFENDANT**

## ORDER

The Court conducted a status conference in this matter on October 5, 2021. During that conference, the parties addressed with the Court a pending deposition of Dr. Ryan Krafft, who plaintiff Bradley Washam represents is a timely disclosed, non-retained expert witness who may testify to, among other things, the scope of medical care Mr. Washam is reasonably certain to require in the future (Dkt. No. 167-1). At the time of the status conference, Dr. Krafft's deposition was set for October 20, 2021, after discussions and communications between counsel for Mr. Washam and defendant BNSF Railway Company ("BNSF"). The Court understands that the deposition is intended to be recorded for use as trial testimony. The Court also understands that Dr. Krafft was timely disclosed and that this is the first deposition of Dr. Krafft in this matter.

Having heard argument from all counsel, for good cause shown, due to the trial schedule of Mr. Washam's counsel, the difficulty scheduling Dr. Krafft's deposition, and communications between counsel, the Court directs that all parties proceed with Dr. Krafft's deposition by video, with no party attending the deposition in-person, if not all parties are able to proceed in-person with the deposition as scheduled. The Court directs that electronic copies of exhibits to be used during Dr. Krafft's deposition be exchanged among all counsel one hour before the scheduled deposition, so that all counsel have the ability to test the electronic file and to work out any technical difficulties prior to Dr. Krafft's scheduled deposition.

The Court left open the possibility of the parties rescheduling Dr. Krafft's deposition to a different date.  The Court also recognized the possibility that Mr. Washam's counsel's conflict might resolve.  The Court acknowledges that both of these possibilities may result in an in-person deposition, which is acceptable to the Court if all parties are able to proceed in-person with the deposition.

It is so ordered this 15th day of October, 2021.

*Kristine G. Baker* (signature)
Kristine G. Baker
United States District Judge