IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                                               **PLAINTIFF**

v.                                      **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                          **DEFENDANT**

## ORDER

Currently, this matter is scheduled for trial the week of November 15, 2021 (Dkt. No. 195). Because the Court is informed that the case with the first-out trial setting and lower case number will proceed to trial that week, the Court removes this case from the trial calendar for the week of November 15, 2021. The trial date and necessary pretrial deadlines in this case will be reset by separate order.

It is so ordered this 1st day of November, 2021.

_____
Kristine G. Baker
United States District Judge