IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                                                                          **PLAINTIFF**

**v.**                            **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                                            **DEFENDANT**

## ORDER

Before the Court is defendant BNSF Railway Company's ("BNSF") motion for leave to withdraw Benjamin C. Burns as counsel (Dkt. No. 235). The motion requests that the Court remove Benjamin C. Burns and Charlotte Johnston as counsel of record for BNSF (*Id.*). For good cause shown, the Court grants the motion (*Id.*). The Court directs the Clerk of Court to terminate Benjamin C. Burns and Charlotte Johnston as counsel of record for BNSF (*Id.*).

It is so ordered this 7th day of February, 2022.

                                                                         */s/ Kristine G. Baker*
                                                                    Kristine G. Baker
                                                                    United States District Judge