**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRADLEY WASHAM**                                                    **PLAINTIFF**

**v.**                          **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                      **DEFENDANT**

## ORDER

Before the Court is the status of this case.  This case is currently set for jury trial the week of July 25, 2022, in Jonesboro, Arkansas (Dkt. No 234).  Counsel for plaintiff Bradley Washam and defendant BNSF Railway Company ("BNSF") have indicated through informal communication with the Court that the parties have reached a settlement in this case.  Accordingly, the Court on its own motion removes this case from the trial calendar for the week of July 25, 2022.  All deadlines set forth in the Court's Third Amended Final Scheduling Order in this matter are stayed until further order of the Court (Dkt. No. 234).  The parties are directed to file within 30 days of the entry of this Order a joint motion for dismissal or a joint status report.

It is so ordered this 14th day of April, 2022.

_____
Kristine G. Baker
United States District Judge