IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                     **PLAINTIFF**

v.                              **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                     **DEFENDANT**

## ORDER

Before the Court is the parties' joint status report (Dkt. No. 242). On April 14, 2022, this Court stayed this matter to permit the parties to finalize settlement (Dkt. No. 239). The parties state that before dismissal is entered, additional time is needed in which to confirm receipt of final payment of outstanding medical bills (Dkt. No. 242, ¶ 6). The parties request a 14-day extension upon which to file their dismissal documents (*Id.*, ¶ 7). Based on the parties' joint status report, the Court stays this matter to permit the parties to finalize settlement. The parties are directed to file by July 1, 2022, their dismissal documents or another joint status report.

It is so ordered this 17th day of June, 2022.

_____
Kristine G. Baker
United States District Judge