IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY WASHAM**                                                                 **PLAINTIFF**

v.                    **Case No. 3:19-cv-00231 KGB**

**BNSF RAILWAY COMPANY**                                    **DEFENDANT**

## ORDER

Before the Court is plaintiff Bradley Washam and BNSF Railway Company's ("BNSF") joint stipulation for dismissal with prejudice (Dkt. No. 246). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation for dismissal with prejudice and dismisses this case with prejudice, with each party to bear their own costs. The Court denies as moot the pending motions filed by BNSF (Dkt. Nos. 219, 224, 226).

It is so ordered this 18th day of July, 2022.

*Kristine G. Baker*
———————————————
Kristine G. Baker
United States District Judge